IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NA'TOSHA L. EVANS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-10-CV-0839-M |
| | § | |
| TEXAS YOUTH COMMISSION | § | |
| CORSICANA RESIDENTIAL TREATMENT | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeff Kaplan made findings and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings and recommendation for plain error. Finding none, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

SIGNED this 25th day of August, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS